**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6666**

WILLIAM E. ALTON,

        Plaintiff - Appellant,

      v.

CORRECTIONAL MEDICAL SERVICES; WEXFORD & ASSOCIATES
CONTRACTORS; ISAIS TESSAMA, MD; MICKELS, MD; BARBARA NEWLON;
BEVERLY SPARKS, P.A.; VICTOR JACKSON; J. P. MORGAN, Warden;
MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL
SERVICES; KATHLEEN GREEN, ECI Warden; DAVID MATHIS, MD;
NURSING STAFF; MCDONALD, P.A.,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, Senior District
Judge. (1:10-cv-02365-WMN)

Submitted: August 18, 2011      Decided: August 23, 2011

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William E. Alton, Appellant Pro Se. Philip Melton Andrews,
Katrina J. Dennis, KRAMON & GRAHAM, PA, Baltimore, Maryland;
Erin O'Brien Millar, Valerie L. Tetro, WHITEFORD, TAYLOR &
PRESTON, LLP, Baltimore, Maryland; Stephanie Judith Lane Weber,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William E. Alton, III, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  Alton v. Corr. Med. Servs., No. 1:10-cv-02365-WMN (D. Md. Apr. 18, 2011).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED